UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82315-CIV-MARRA/JOHNSON

ELI FLEISHER, Individually and
on Behalf of All Others Similarly
Situated,

    Plaintiff,
vs.

RICHARD ROCHON, et al.

    Defendants,

_____/



## OMNIBUS ORDER

**THIS CAUSE** is before the Court on the following motions: (1) Defendant's Motion to Dismiss (D.E, #6); (2) Defendant's Motion to Stay Pending Resolution of First Filed Action (D.E. #7); (3) Plaintiff's Motion for Order to Show Cause and for Expedited Discovery (D.E. #8); (4) Plaintiff's Motion to Stay Defendants' Pending Motions Pending Lead Plaintiff Determination Pursuant to the PSLRA (D.E. #22); and, (5) Plaintiff's Unopposed Motion for Enlargement of Time to File its Opposition to Defendants' Motions to Dismiss (D.E. #17). Having reviewed the pleadings filed incident to these motions, and being otherwise duly advised in the premises, it is

hereby

## ORDERED AND ADJUDGED AS FOLLOWS:

1.   Plaintiff's Motion to Stay Defendants' Pending Motions Pending Lead Plaintiff Determination Pursuant to the PSLRA (D.E. #22) is **GRANTED IN PART AS FOLLOWS**. Plaintiff represents that he published a certain notice required by the provisions of the PSLRA (the "Notice") which stated that "[a]ny member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member." The Notice gives any putative class member who wishes to be appointed lead plaintiff, 60 days from the date of the Notice, or until February 5, 2010, to so move. Because the 60-day statutory time period has not yet elapsed, Plaintiff asks this Court to grant him an extension of time to respond to the pending motions, in that to require Plaintiff to respond now would be "premature" because "it cannot be presently determined whether Plaintiff will, ultimately, be authorized to act for the putative class." Pltff's Mtn., p.5.

In light of the foregoing, and finding no prejudice will result from the granting of the Motion, especially in light of the fact Defendants perceive no harm will result from a stay as evidenced by their own Motion to Stay the Proceedings (D.E. #7), and by the fact there may be a resolution to the State Action during this period which would moot this entire case, the Court agrees that requiring Plaintiff to respond to

2

the pending Motions at this time would be premature. Rather than hold the Motions in abeyance, however, for purposes of judicial economy the Court shall strike the Plaintiff's pending Motions (D.E. #s 6 and 7) without prejudice and with leave to re-file said Motions anytime after February 5, 2010. Plaintiff shall thereafter have the fifteen (15) day time period provided for in the Local Rules of this Court within which to file its response to the re-filed Motions;

2. For the reasons set forth above in Paragraph 1 relative to Plaintiff's Motion to Stay Defendants' Pending Motions Pending Lead Plaintiff Determination Pursuant to the PSLRA, Defendant's Motion to Dismiss (D.E, #6) is hereby **STRICKEN WITHOUT PREJUDICE AND WITH LEAVE TO RE-FILE SAID MOTION** anytime after February 5, 2010;

3. For the reasons set forth above in Paragraph 1 relative to Plaintiff's Motion to Stay Defendants' Pending Motions Pending Lead Plaintiff Determination Pursuant to the PSLRA, Defendant's Motion to Stay Pending Resolution of First Filed Action (D.E. #7) is hereby **STRICKEN WITHOUT PREJUDICE AND WITH LEAVE TO RE-FILE SAID MOTION** anytime after February 5, 2010;

4. Plaintiff's Motion for Order to Show Cause and for Expedited Discovery (D.E. #8) is **DENIED AS MOOT**; and,

5. Plaintiff's Unopposed Motion for Enlargement of Time to File its Opposition to Defendants' Motions to Dismiss (D.E. #17) is **GRANTED NUNC PRO**

**TUNC**.

**DONE AND ORDERED** this December 28, 2009, in Chambers, at West Palm Beach, Florida.

                                                          *[signature]*
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE


CC:   The Honorable Kenneth A. Marra
       All Counsel of Record