UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-82315-CIV-MARRA

ELI FLEISHER, individually and on behalf of all
others similarly situated,

      Plaintiff,
vs.

RICHARD C. ROCHON, MARIO B. FERRARI,
ARNOLD HEGGESTAD, STEVEN P.
OPPENHEIM, JOSEPH S. DIMARTINO,
CHARLES P. STEINMETZ, ROBERT C.
GRIFFIN, SUNAIR SERVICES CORPORATION,
MASSEY SERVICES, INC., and BUYER
ACQUISITION COMPANY, INC.,,

      Defendants.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With Prejudice (DE 26), filed February 3, 2010.  The Court has reviewed the Notice, the pertinent portions of the record, and is otherwise advised in the premises.  In accordance with Plaintiff's Notice, it is **ORDERED AND ADJUDGED** as follows:

1.     The above-styled action is hereby **DISMISSED WITH PREJUDICE.**[1]

2.     All pending motions are **DENIED AS MOOT.**

---

[1] The Court notes that a class was never certified in this case.  Therefore, the prejudicial effect of this dismissal only applies against Plaintiff, and not to any other members of a putative class of similarly situated individuals.

3. The Clerk shall **CLOSE THIS CASE.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of February, 2010.

copies to:
All counsel of record

KENNETH A. MARRA
United States District Judge